950 A.2d 214

IN THE MATTER OF JEFFRY F. NIELSEN,
AN ATTORNEY AT LAW.

June 27, 2008.

**ORDER**

This matter having been duly presented to the Court, it is ORDERED that **JEFFRY F. NIELSEN of BRIELLE,** who was admitted to the bar of this State in 1990, and who was suspended from the practice of law for a period of six months effective September 6, 2007, by Order of this Court filed September 6, 2007, be restored to the practice of law, effective immediately; and it is further

ORDERED that **JEFFRY F. NIELSEN** shall enroll in and successfully complete the core courses of the Skills and Methods course offered by the Institute for Continuing Legal Education on a schedule to be determined by the Office of Attorney Ethics; and it is further

ORDERED that **JEFFREY F. NIELSEN** shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until the further Order of the Court.